UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUDY TUCKER, #207829, et al., )
       Plaintiffs, )
)    No. 1:13-cv-823
-v- )
)    HONORABLE PAUL L. MALONEY
THOMAS FINCO, et al., )
       Defendants. )
_____)

**JUDGMENT**

Having resolved all pending claims, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  September 11, 2014                  /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          Chief United States District Judge